**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

November 30, 2006

**Before**

Hon. FRANK H. EASTERBROOK, *Chief Judge*

Hon. DANIEL A  MANION, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

No. 02-3265

UNITED STATES OF AMERICA,
           *Plaintiff-Appellee,*

    *v.*

RONNIE BARLOW, a/k/a "RUMP",
           *Defendant-Appellant.*

Appeal from the United States
District Court for the Northern
District of Illinois, Eastern Division

No. 99 CR 544

**Wayne R. Andersen**, *Judge.*

**O R D E R**

A jury in the Northern District of Illinois convicted Ronnie Barlow of conspiracy to possess with intent to distribute controlled substances in violation of 21 U.S.C. § 846. While his appeal remained pending, the Supreme Court issued its decision in *United States v. Booker*, 543 U.S. 220 (2005). We remanded to ask whether the judge would have imposed a lesser sentence had he known that the guidelines were advisory. *See United States v. Paladino*, 401 F.3d 471, 483-84 (7th Cir. 2005). The judge said yes, and therefore we VACATE Barlow's sentence and remand for re-sentencing.